1  PREMIER LAW GROUP PLLC
   Darryl Parker, Bar No. 95914
2  3380 146th Place S.E. Suite 430
   Bellevue, Washington 98007
3  Telephone: (206) 285-1743
   Facsimile: (206) 599-6316
4
   Attorneys for Plaintiff
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  DWAYNE MACK                    )  No. C10-05490 MEJ
                                   )
12              Plaintiff,          )  STIPULATION AND ORDER OF
                                   )  DISMISSAL
13         vs.                     )
                                   )
14  CLOTHING BROKER,               )
                                   )
15              Defendant.          )
                                   )
16  _____    )

17

18

19

20     IT IS HEREBY STIPULATED AND AGREED between the undersigned

21  parties, through their respective counsel of record, that the above-entitled matter may

22  be dismissed with prejudice and without costs or attorney fees to any party.

23

STIPULATION AND ORDER OF DIMISSAL                    **Premier Law Group, PLLC**
No. CV10-05490 MEJ                                   3380 146th Place SE, Ste 430
                                                     Bellevue, WA 98007
                                                     (206) 285-1743/Fax (206) 599-6316

Dated this 14th day of October, 2011.

PREMIER LAW GROUP PLLC

By: /s/Darryl Parker
Darryl Parker, CBA No. 95914
Attorney for Plaintiff
Premier Law Group PLLC
3380 146th Place S.E. Ste. 430
Bellevue, WA 98007
(206) 285-1743; Darryl@plg-pllc.com


 /s/ Gregory Iskander
Gregory Iskander CBA #200215
Littler, Mendelson
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
(925) 932-2468
Attorney for Defendant

## **ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is hereby dismissed with prejudice and without cost to any party.

SO ORDERED this __20__ day of October 2011.

_____
The Honorable Maria-Elena James

STIPULATION AND ORDER OF DIMISSAL
No. CV10-05490 MEJ

**Premier Law Group, PLLC**
3380 146th Place SE, Ste 430
Bellevue, WA 98007
(206) 285-1743/Fax (206) 599-6316