1  PREMIER LAW GROUP PLLC
   Darryl Parker, Bar No. 95914
2  3380 146th Place S.E. Suite 430
   Bellevue, Washington  98007
3  Telephone:  (206) 285-1743
   Facsimile:  (206) 599-6316
4
   Attorneys for Plaintiff
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 DWAYNE MACK                    )  No. C10-05490 MEJ
                                  )
12              Plaintiff,         )  STIPULATION AND ORDER OF
                                  )  DISMISSAL
13     vs.                        )
                                  )
14 CLOTHING BROKER,               )
                                  )
15              Defendant.        )
                                  )
16 _____)

17

18

19

20     IT IS HEREBY STIPULATED AND AGREED between the undersigned

21 parties, through their respective counsel of record, that the above-entitled matter may

22 be dismissed with prejudice and without costs or attorney fees to any party.

23

| STIPULATION AND ORDER OF DIMISSAL | **Premier Law Group, PLLC** |
|---|---|
| No. CV10-05490 MEJ | 3380 146th Place SE, Ste 430 |
| | Bellevue, WA 98007 |
| | (206) 285-1743/Fax (206) 599-6316 |

1     Dated this 14th day of October, 2011.

2                             PREMIER LAW GROUP PLLC

3                             By: /s/Darryl Parker
Darryl Parker, CBA No. 95914
4                             Attorney for Plaintiff
Premier Law Group PLLC
5                             3380 146th Place S.E. Ste. 430
Bellevue, WA 98007
6                             (206) 285-1743; Darryl@plg-pllc.com

7

8                             /s/ Gregory Iskander
Gregory Iskander CBA #200215
9                             Littler, Mendelson
A Professional Corporation
10                            1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
(925) 932-2468
11                            Attorney for Defendant

12

13                              **ORDER**

14     Based upon the foregoing Stipulation,

15     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

16 entitled matter is hereby dismissed with prejudice and without cost to any party.

17     SO ORDERED this 20 day of October 2011.

18

19

20                             _____
The Honorable Maria-Elena James

21

22

23

STIPULATION AND ORDER OF DIMISSAL                       **Premier Law Group, PLLC**
No. CV10-05490 MEJ                                               3380 146th Place SE, Ste 430
                                                                                    Bellevue, WA 98007
                                                                                    (206) 285-1743/Fax (206) 599-6316